# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | | |
|---|---|---|
| **DIANA MEY,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 5:23-CV-367 (Bailey) |
| **DIRECTV, LLC,** | § § § | |
| *Defendant.* | § | |

## JOINT STIPULATION TO EXTEND ANSWER DEADLINE FOR DEFENDANT DIRECTV, LLC

Pursuant to Rules 7.01 and 12.01 of the Local Rules for the Northern District of West Virginia, the parties stipulate and agree to extend Defendant's answer deadline until April 8, 2024. This stipulation does not waive Defendant's contention that arbitration applies; nor does it waive Plaintiff's contention that a waiver has occurred.

<div style="display: flex;">

<div>

*/s/ Ryan M. Donovan (with permission)*
Ryan M. Donovan (WVSB #11660)
rdonovan@hfdrlaw.com
Andrew C. Robey (WVSB #12806)
arobey@hfdrlaw.com
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV  25339
Telephone: (681) 265-3802
Facsimile:  (304) 982-8056

*Attorney for Plaintiff Diana Mey*

</div>

<div>

*/s/ Blair E. Wessels*
Whitney G. Clegg (WVSB #6560)
JACKSON KELLY, PLLC
3000 Swiss Pine Way, Suite 200
Morgantown, WV 26501
Telephone: (304) 284-4121
wclegg@jacksonkelly.com

Blair Wessels (WVSB #13707)
JACKSON KELLY, PLLC
500 Lee Street East, Suite 1600
Charleston, WV  25301
Telephone: (304) 340-1000
Facsimile:  (304) 340-1130
blair.wessels@jacksonskelly.com


*/s/ Parker Graham*
Parker Graham
Texas State Bar No. 24087612
pgraham@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
& BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:  (214) 855-3000
Facsimile:  (214) 855-1333

*Attorneys for Defendant Directv, LLC*

</div>

</div>