# EXHIBIT 1

**Parker Graham**

| | |
|---|---|
| **From:** | Cindy Cragg <ccragg@hfdrlaw.com> |
| **Sent:** | Wednesday, September 18, 2024 2:32 PM |
| **To:** | Parker Graham |
| **Subject:** | [EXTERNAL] Wiring Instructions |
| **Attachments:** | Wire Transfer Instructions-Operating.pdf |

**WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Parker,

Attached are our wire instructions.

Please let me know if you need anything else.

Thank you,

Cindy Cragg
*Office Manager*

Hissam Forman Donovan Ritchie PLLC
www.hfdrlaw.com
700 Virginia Street East, Suite 210
Charleston, WV 25301
c:  304-617-8167
t:  681-265-3802

# HISSAM · FORMAN · DONOVAN · RITCHIE PLLC

Wire Transfer Information

<u>Bank Information</u>   Phone: 304-345-1358
JPMorgan Chase Bank
613 Virginia Street E
Charleston, WV 25301
Account Name:  Hissam Forman Donovan Ritchie PLLC
Routing #:        ████0021
Account #:       ████3597