# EXHIBIT 2

# Parker Graham

| | |
|---|---|
| **From:** | Ryan Donovan <rdonovan@hfdrlaw.com> |
| **Sent:** | Thursday, September 26, 2024 10:11 PM |
| **To:** | Parker Graham |
| **Cc:** | Cindy Cragg |
| **Subject:** | Re: [EXTERNAL] Diana Mey v. DirecTV - Signed Settlement Agreement |

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We've received multiple wires to that account this week, so I can't imagine what the problem will be. Typically parties wiring an amount that large will do a verbal confirmation first— do you know if she did?

Sent from my iPhone

> On Sep 26, 2024, at 10:23 PM, Parker Graham <PGraham@ccsb.com> wrote:
>
> When AT&T tried to process the settlement payments, they got some kind of error message with the account. Please call Shelly (info below) to confirm the info. Thank you.
>
> **Shelly Trucano**
>
> Sr. Associate Secretary
>
> Legal Operations - Litigation
>
> P: She/Her/Hers
>
> **AT&T Services, Inc.**
>
> 1010 Pine St., 19th Floor, St. Louis, MO 63101
> o  314.335.6094  |  mr4828@att.com

1

On Sep 19, 2024, at 11:21 AM, Parker Graham <PGraham@ccsb.com> wrote:

Attached is a copy signed by my client.

**Parker Graham**
*Partner*

<image001.png>

O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Wednesday, September 18, 2024 8:00 PM
**To:** Parker Graham <PGraham@CCSB.com>
**Cc:** Cindy Cragg <ccragg@hfdrlaw.com>
**Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Correct. Thank you.

Sent from my iPhone

> On Sep 18, 2024, at 4:00 PM, Parker Graham <PGraham@ccsb.com> wrote:
>
> Thanks. I received the wiring instructions from Cindy. To confirm, we should wire both payments (your firm's and Ms. Mey's) to your firm's account?
>
> **Parker Graham**
> *Partner*
>
> O 214.855.3350

PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Wednesday, September 18, 2024 1:54 PM
**To:** Parker Graham <PGraham@CCSB.com>; Cindy Cragg <ccragg@hfdrlaw.com>
**Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

**WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Executed agreement attached. Cindy will forward wiring instructions for our operating account via separate email. Thanks,

On Wed, Sep 18, 2024 at 12:37 PM Parker Graham <PGraham@ccsb.com> wrote:

> The attached version has October 1. Please sign and return. And please send me instructions where to send the payments—either addresses for the checks or, preferably, wiring instructions.
>
> **Parker Graham**
> *Partner*
>
> O 214.855.3350
> PGraham@CCSB.com / ccsb.com
>
> Carrington, Coleman, Sloman & Blumenthal, L.L.P.
> 901 Main St  /  Suite 5500  /  Dallas, TX 75202
>
> ---
>
> **From:** Ryan Donovan <rdonovan@hfdrlaw.com>
> **Sent:** Wednesday, September 18, 2024 10:29 AM
> **To:** Parker Graham <PGraham@CCSB.com>
> **Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Parker-

I don't know how to be any more clear. We agreed to payment by October 1, which was already a substantial runway. You have known the amount of the payment since August, and have known the specific check amounts since September 4. If you send a settlement document that is consistent with your October 1 payment obligation, we will sign it. Otherwise, we will move to enforce the agreement and obtain our fees for doing so.

Please let me know how you'd like to proceed.

On Wed, Sep 18, 2024 at 11:22 AM Parker Graham <PGraham@ccsb.com> wrote:

> Please sign and return the agreement. Where should we send the two checks? Or do you have wiring instructions?
>
> **Parker Graham**
> *Partner*
>
> O 214.855.3350
> PGraham@CCSB.com / ccsb.com
>
> Carrington, Coleman, Sloman & Blumenthal, L.L.P.
> 901 Main St  /  Suite 5500  /  Dallas, TX 75202
>
> ---
>
> **From:** Ryan Donovan <rdonovan@hfdrlaw.com>
> **Sent:** Wednesday, September 18, 2024 9:49 AM
> **To:** Parker Graham <PGraham@CCSB.com>
> **Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

4

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Agreed and understood as to the 1099. We do not agree to modify the payment date that was previously agreed upon. If you'll send a settlement agreement consistent with the term sheet, we will execute it straightaway.

On Tue, Sep 17, 2024 at 5:55 PM Parker Graham <PGraham@ccsb.com> wrote:

> We checked with accounting: they're required to put the full settlement amount in Box 3 of Ms. Mey's 1099, and just the fee amount in Box 10 of your firm's 1099. So, I can't make that edit.
>
> At this point, AT&T isn't able to issue the payments by October 1, but they can issue them by October 15 if we can get the final agreement signed soon. Attached is an updated version for signature. In paragraph 1, I changed the payment date, and filled in the check amounts. No other changes. Please sign and return.
>
> **Parker Graham**
> *Partner*
>
> O 214.855.3350
> PGraham@CCSB.com / ccsb.com
>
> Carrington, Coleman, Sloman & Blumenthal, L.L.P.
> 901 Main St  /  Suite 5500  /  Dallas, TX 75202
>
> ---
>
> **From:** Ryan Donovan <rdonovan@hfdrlaw.com>
> **Sent:** Thursday, September 12, 2024 1:46 PM
> **To:** Parker Graham <PGraham@CCSB.com>
> **Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Only one change; we'd like to add the following where you deem appropriate: "In the event Defendant issues Plaintiff a 1099 for the Settlement Amount, the Amount listed in Paragraph 1(a) shall be entered in box 3 of form 1099-MISC."

With that, we're prepared to execute as soon as you are.

On Fri, Aug 30, 2024 at 12:52 PM Parker Graham <PGraham@ccsb.com> wrote:

> Ryan,
>
> Attached is a draft settlement agreement. Please send me the W-9s for Ms. Mey and your firm, and let me know how to split the two checks.
>
> Have a good weekend, -Parker.
>
> **Parker Graham**
> *Partner*
>
> O 214.855.3350
> PGraham@CCSB.com / ccsb.com
>
> Carrington, Coleman, Sloman & Blumenthal, L.L.P.
> 901 Main St  /  Suite 5500  /  Dallas, TX 75202

**From:** Parker Graham
**Sent:** Friday, August 16, 2024 11:02 AM
**To:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Subject:** RE: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

Sorry, got pulled away on another matter, working on it.

When you get a chance, please tell me how you want the checks split, and send me the W-9s for your firm and Ms. Mey.

**Parker Graham**
*Partner*

O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Thursday, August 15, 2024 1:45 PM
**To:** Parker Graham <PGraham@CCSB.com>
**Subject:** Re: [EXTERNAL] Mediation Agreement - Diana Mey v. DirecTV

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just checking in on the settlement agreement. Thanks

On Tue, Aug 6, 2024 at 3:13 PM Parker Graham <PGraham@ccsb.com> wrote:

7

Edd and Ryan,

As requested, this email outlines our agreement from today's mediation. DirecTV will pay ███████ per a settlement agreement that will include standard terms, including:



Would you please respond to confirm this agreement? I'll prepare and circulate a draft settlement agreement with these terms.

Thanks, -Parker

**Parker Graham**
*Partner*

O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use,