# EXHIBIT 3

## Parker Graham

| | |
|---|---|
| **From:** | TRUCANO, SHELLY (Legal) <mr4828@att.com> |
| **Sent:** | Friday, September 27, 2024 11:15 AM |
| **To:** | Parker Graham |
| **Subject:** | FW: [EXTERNAL] HFDR IOLTA Wiring Information |
| **Attachments:** | Wire Transfer Instructions-Trust-2.pdf |

**WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Friday, September 27, 2024 10:04 AM
**To:** TRUCANO, SHELLY (Legal) <mr4828@att.com>
**Subject:** HFDR IOLTA Wiring Information

--

Ryan McCune Donovan
*Lawyer*

Hissam Forman Donovan Ritchie PLLC
www.hfdrlaw.com
700 Virginia Street East, Suite 210
Charleston, WV
c: 617.304.3722
t: 681.265.3802

# HISSAM · FORMAN · DONOVAN · RITCHIE PLLC

Wire Transfer Information- Trust Account

Bank Information                                         Phone: 304-345-1358

JPMorgan Chase Bank
613 Virginia Street E
Charleston, WV 25301
Account Name:  Hissam Forman Donovan Ritchie PLLC
Routing #: ▮▮▮▮0021
Account #: ▮▮▮▮0736