# EXHIBIT 4

## Parker Graham

| | |
|---|---|
| **From:** | Parker Graham |
| **Sent:** | Thursday, October 3, 2024 11:04 AM |
| **To:** | Ryan Donovan |
| **Cc:** | SHELLY TRUCANO |
| **Subject:** | RE: [EXTERNAL] HFDR IOLTA Wiring Information |

This is what I have:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HISSAM FORMAN DONOVAN RITCHIE PLLC<br>FBO DIANA MEY<br>CHARLESTON,WV 25339 | | | | | | Payment #:  10079407<br>Payment Date:  10/3/2024<br>Payment Amount: ▉▉▉▉<br>Payment Status:  Check Issued/Not Cleared | | | |
| Supplier Name | Supplier Number | Site Code | Invoice Number | Invoice Date | Invoice Amount | Currency Code | Discount Taken | Invoice A Paid |
| HISSAM FORMAN DONOVAN RITCHIE PLLC | 20001031 | 01 | LEGAL SETTLEMENT - DIANA MEY 1 | 9/18/2024 | ███ | USD | $0.00 | ███ |
| HISSAM FORMAN DONOVAN RITCHIE PLLC | 20001031 | 01 | LEGAL SETTLEMENT - DIANA MEY 2 | 9/18/2024 | ███ | USD | $0.00 | ███ |

**Parker Graham**
*Partner*



O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Thursday, October 3, 2024 10:47 AM
**To:** Parker Graham <PGraham@CCSB.com>
**Cc:** SHELLY TRUCANO <mr4828@att.com>
**Subject:** Re: [EXTERNAL] HFDR IOLTA Wiring Information

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We still have not received anything on our end. If you have some written confirmation of the transaction, please provide it.

Sent from my iPhone

On Oct 3, 2024, at 10:38 AM, Parker Graham <PGraham@ccsb.com> wrote:

When I got to the office this morning, our records show the wires have been sent. Please confirm.

**Parker Graham**
*Partner*
—

O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Wednesday, October 2, 2024 8:15 PM
**To:** Parker Graham <PGraham@CCSB.com>
**Cc:** TRUCANO, SHELLY (Legal) <mr4828@att.com>
**Subject:** Re: [EXTERNAL] HFDR IOLTA Wiring Information

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

In that event, we are going to file a motion to enforce and for sanctions. This is your chance to offer any explanation for DirecTV's failure to make a timely settlement payment and its violation of its recent, repeated assurances that the payment would be timely made?

On Wed, Oct 2, 2024 at 9:06 PM Parker Graham <PGraham@ccsb.com> wrote:

I'm told it's in process and will arrive tomorrow. I will forward the confirmation when I receive it.

On Oct 2, 2024, at 8:01 PM, Ryan Donovan <rdonovan@hfdrlaw.com> wrote:

**WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Parker-

The banking day has ended, and we still have not received the promised payment from DirecTV. I am writing in one final effort to resolve this matter prior to filing a motion to enforce the settlement and for sanctions. The fact that DirecTV has not even responded to our inquiries can only be construed as evidence of willful noncompliance with the settlement agreement. If we are to avoid further litigation of this matter, DirecTV must respond immediately with an update on the status of the payment.

Thanks,

On Wed, Oct 2, 2024 at 1:47 PM Ryan Donovan <rdonovan@hfdrlaw.com> wrote:

> Parker-
>
> We still have not received the settlement payment that was due on October 1, nor confirmation that it has been sent, and we are long past the point at which DirecTV's failure can be attributed to any standard "delay" in wiring the funds to our account. Please advise. If we do not hear from you in the next hour, we will begin incurring attorneys fees necessary to prepare a motion to enforce the settlement and for appropriate monetary sanctions.
>
> On Wed, Oct 2, 2024 at 9:06 AM Ryan Donovan <rdonovan@hfdrlaw.com> wrote:
>
>> It's October 2, and we still have not received the settlement payment that was due yesterday--nor any confirmation that it was even sent. Please advise.
>>
>> On Tue, Oct 1, 2024 at 4:44 PM Parker Graham <PGraham@ccsb.com> wrote:
>>
>>> I'm told the payments are setup to send today, but that can sometimes be in the evening. After they send the wire, there can be a delay in when you can see it in your account. When I get confirmation, I'll forward it to you.
>>>
>>>
>>> **Parker Graham**
>>> *Partner*
>>>
>>> <image001.png>

3

O 214.855.3350
PGraham@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Tuesday, October 1, 2024 3:34 PM
**To:** Parker Graham <PGraham@CCSB.com>
**Cc:** TRUCANO, SHELLY (Legal) <mr4828@att.com>
**Subject:** Re: [EXTERNAL] HFDR IOLTA Wiring Information

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Let's try this again. It is now October 1, the deadline for payment, and we have not received the wire. Please advise.

On Mon, Sep 30, 2024 at 4:22 PM Ryan Donovan <rdonovan@hfdrlaw.com> wrote:

> That is correct. Not the first time I've made that mistake today, for some reason.

On Mon, Sep 30, 2024 at 4:21 PM Parker Graham <PGraham@ccsb.com> wrote:

> Today is September 30. The deadline is October 1.
>
> **Parker Graham**
> *Partner*
>
> <image001.png>
>
> O 214.855.3350
> PGraham@CCSB.com / ccsb.com
>
> Carrington, Coleman, Sloman & Blumenthal, L.L.P.
> 901 Main St  /  Suite 5500  /  Dallas, TX 75202

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Monday, September 30, 2024 3:19 PM
**To:** Parker Graham <PGraham@CCSB.com>
**Cc:** TRUCANO, SHELLY (Legal) <mr4828@att.com>
**Subject:** Re: [EXTERNAL] HFDR IOLTA Wiring Information

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We have not yet received the wire with the settlement payment. As you know, today is the deadline. Please advise. Thanks,

On Fri, Sep 27, 2024 at 6:56 PM Parker Graham <PGraham@ccsb.com> wrote:

It's set to process on October 1. Have a good weekend.

On Sep 27, 2024, at 2:18 PM, Ryan Donovan <rdonovan@hfdrlaw.com> wrote:

> **WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Shelly-

We still have not received any indication that the wire transfer was initiated. Please advise.

Thanks,

On Fri, Sep 27, 2024 at 2:32 PM Ryan Donovan <rdonovan@hfdrlaw.com> wrote:

Thank you. Please let me know when/if the transfer is initiated

On Fri, Sep 27, 2024 at 11:11 AM TRUCANO, SHELLY (Legal) <mr4828@att.com> wrote:

Hi Ryan,

I am in receipt of the IOLTA wiring instructions.

Have a great day,

Shelly

---

**From:** Ryan Donovan <rdonovan@hfdrlaw.com>
**Sent:** Friday, September 27, 2024 10:04 AM
**To:** TRUCANO, SHELLY (Legal) <mr4828@att.com>
**Subject:** HFDR IOLTA Wiring Information

--