# EXHIBIT 5

\*\* All values are subject to verification and adjustments \*\*                                       J.P.Morgan

## ACH Transaction Details - Originated ALL

**5502653**

### Transaction Information

| Amount | ■■■■■■ |
|---|---|
| Effective Date | 10/03/2024 |
| Transaction/Account Type | CR/Checking |
| Origin Number | 6023147634 |
| Company ID | 9742782655 |
| Company Name | AT&T Telephone C |
| Entry Class | CTX |
| Return Date | 10/04/2024 |
| Return Code | R03 |
| Return Description | NO A/C UNABLE TO LOCATE |
| Redeposit | N |
| Reversal/Reclaim Date | -- |
| Reversed/Reclaimed By | -- |
| Reinitiate | N |
| Reinitiate Amount | -- |

### Routing/Reference Information

| Receiving Bank ABA Number | ■■■■0021 |
|---|---|
| Receiving Account Number | ■■■■0736 |
| Name | 0010HISSAM FORMAN DO |
| Individual ID | 915516 |
| Originator Trace Number | 021000020002222 |
| Customer Reference | -- |

### Addenda

| Addenda | 705ISA*00*NV        *00*NV *ZZ*9742782655    *ZZ*NV *241002*04300015502653 |
|---|---|

### System Information

| JPMorgan Reference | 5502653 |
|---|---|

Created On: 10/04/2024 04:12 PM EDT                                                         Page 1 of 1