# EXHIBIT 6

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9EY7812499064962

**Service**

UPS Next Day Air®

**Shipped / Billed On**

10/07/2024

**Additional Information**

Signature Required

**Delivered On**

10/08/2024 9:59 A.M.

**Delivered To**

CHARLESTON, WV, US
**Received By**

UPS

**Left At**

Inside Delivery

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 10/08/2024 10:36 A.M. EST